ANN MORGAN
State Bar No. 000933
mam@jonesvargas.com
MOLLY REZAC
State Bar No. 007435
mrezac@jonesvargas.com
KENNETH K. CHING
State Bar No. 010542
kching@jonesvargas.com
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
(775) 786-5000

Attorneys for DEFENDANT
VALLEY ELECTRIC ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGIE HEATH-YOUNCE, an individual, | CASE NO. 2:10-cv-00774-PMP-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| VALLEY ELECTRIC ASSOCIATION, INC., a Nevada Non-Profit Cooperative Corporation Without Stock pursuant to NRS Chapter 81, DOE INDIVIDUALS I through XX; and ROE CORPORATIONS I through XX, | |
| Defendants. | |

It is hereby stipulated by and between Plaintiff ANGIE HEATH-YOUNCE and her attorney of record, Daniel M. Bunin, of Bunin & Bunin and Defendant VALLEY ELECTRIC ASSOCIATION, INC., and its attorneys of record, Jones Vargas, that the action entitled <u>Angie Heath-Younce v. Valley Electric Association, Inc.</u>, Case No. 2:10-cv-00774-PMP-PAL in the

///

///

///

1

United States District Court, District of Nevada, be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this ____ day of May, 2011.

| JONES VARGAS | BUNIN & BUNIN, LTD. |
|---|---|
| *signature* | *signature* |
| ANN MORGAN<br>State Bar No. 000983<br>MOLLY REZAC<br>State Bar No. 007435<br>KENNETH K. CHING<br>State Bar No. 010542<br>100 W. Liberty St, 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281 | DANIEL M. BUNIN<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br><br>Attorneys for Plaintiff<br>ANGIE HEATH-YOUNCE |
| Attorneys for DEFENDANT<br>VALLEY ELECTRIC ASSOCIATION, INC. | |

IT IS SO ORDERED.

DATED this __ 31st day of May, 2011.

*signature*

UNITED STATES DISTRICT JUDGE

2